THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD 
 NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED 
 BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Harvey L. Spain,       
Appellant.
 
 
 

Appeal From Horry County
John M. Milling, Circuit Court Judge

Unpublished Opinion No. 2004-UP-174
Submitted January 29, 2004  Filed March 
 16, 2004

APPEAL DISMISSED

 
 
 
Chief Appellate Defender Daniel T. Stacey, of Columbia; for 
 Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and J. Gregory Hembree, of Conway; for Respondent.
 
 
 

 PER CURIAM:  Harvey L. Spain was 
 convicted of possession of crack cocaine, second offense, and sentenced to three 
 years imprisonment.  Pursuant to Anders v. California, 386 U.S. 738 (1967), 
 Spains counsel attached a petition to be relieved.  Spain did not file a pro 
 se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Spains appeal and grant counsels petition 
 to be relieved.
 APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and KITTREDGE, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.